# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | October 11, 2013 |
| **Bankruptcy Case** | 13 B 29554 | **Adversary No.** | |
| **Title of Case** | Jeffrey J. Olson and Dace Olson | | |

**Brief Statement of Motion**

Final Application for Compensation for Representing Chapter 13 Debtor

(Docket entry no. 22)

**Names and Addresses of moving counsel**

David R. Herzog
Herzog & Schwartz, P.C.

77 W. Washington St., Ste. 1717

Chicago, Illinois 60602

**Representing**  Debtors

## ORDER

Final application for compensation is denied without prejudice for the reasons stated on the record.

*/s/ A. Benjamin Goldgar*